**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:12-CR-11 & 1:12-CR-44** |
| | § | |
| **JOHN STEVEN STARK** | § | |

**MEMORANDUM ORDER**
**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure.

Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal

Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United

States Magistrate Judge. The magistrate judge recommended that the Court accept the Defendant's

guilty pleas, but defer acceptance of the plea agreement until the Court has had an opportunity to

review the presentence report. He further recommended that the Court adjudge the Defendant guilty

on Count One of both Indictments filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that

the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are

**ADOPTED**. The Court accepts the Defendant's pleas, but defers acceptance of the plea agreement

until the Court has reviewed the presentence report. The Court **ORDERS** the Defendant's attorney

to read and discuss the presentence report with the Defendant, and file any objections to the report

**BEFORE** the date of the sentencing hearing.

It is further **ORDERED** that, in accordance with the Defendant's guilty pleas and the magistrate judge's findings and recommendation, the Defendant, John Steven Stark, is adjudged guilty as to Count One of both Indictments charging violations of Title 18, United States Code, Section 2113(a).

So **ORDERED** and **SIGNED** this **1** day of **June, 2012.**

_____
Ron Clark, United States District Judge